# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:10-CV-00105-FDW-DCK

| | |
|---|---|
| **GOODRICH CORPORATION,** | |
| **Plaintiff,** | **ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF BOBBY ROY BURCHFIELD** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court upon the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) on behalf of Bobby Roy Burchfield to represent Goodrich Corporation in the above-captioned case.  For good cause shown, as set forth in the Application, said Application is **GRANTED.**

Signed: March 9, 2010

David C. Keesler
United States Magistrate Judge