IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-00105-FDW-DCK

| | |
|---|---|
| GOODRICH CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                Defendant. | ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF BOBBY ROY BURCHFIELD |

**THIS MATTER** is before the Court upon the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) on behalf of Bobby Roy Burchfield to represent Goodrich Corporation in the above-captioned case. For good cause shown, as set forth in the Application, said Application is **GRANTED.**

Signed: March 9, 2010

David C. Keesler
United States Magistrate Judge