# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:10-CV-00105-FDW-DCK

| | |
|---|---|
| **GOODRICH CORPORATION,**<br><br>  Plaintiff,<br><br>  v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>  Defendant. | **ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF THOMAS KEVIN SPENCER** |

**THIS MATTER** is before the Court upon the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 17) on behalf of Thomas Kevin Spencer to represent Goodrich Corporation in the above-captioned case. For good cause shown, as set forth in the Application, said Application is **GRANTED.**

Signed: July 20, 2010

David C. Keesler
United States Magistrate Judge