IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:10-CV-00105-FDW-DCK

| | |
|---|---|
| **GOODRICH CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | **ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF ELIZABETH ERICKSON** |

**THIS MATTER** is before the Court upon the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 18) on behalf of Elizabeth Erickson to represent Goodrich Corporation in the above-captioned case. For good cause shown, as set forth in the Application, said Application is **GRANTED.**

Signed: July 20, 2010

David C. Keesler
United States Magistrate Judge