# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:10-CV-00105-FDW-DCK

| | |
|---|---|
| **GOODRICH CORPORATION,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>　　　　　　**Defendant.** | **ORDER GRANTING APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF JUSTIN M. HOLMES** |

**THIS MATTER** is before the Court upon the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 19) on behalf of Justin M. Holmes to represent Goodrich Corporation in the above-captioned case. For good cause shown, as set forth in the Application, said Application is **GRANTED.**

　　　　　　　　　　　　　　　　Signed: July 20, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　　United States Magistrate Judge