UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00105-W

| | |
|---|---|
| GOODRICH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* following a status conference hearing on January 23, 2012. This matter is currently calendared for February 15, 2012, although the Court informally told the parties that trial would actually begin with jury selection on February 21, 2012.

During the hearing, counsel for Plaintiff stated that Plaintiff is currently in the process of reviewing the tax return at issue in this matter. Based upon the outcome of that review, trial on the remaining issue(s) may be unlikely. Counsel for the United States agreed. Therefore, for the reasons stated by counsel in open court, a continuance of the trial and stay of this case is appropriate.

IT IS THEREFORE ORDERED that trial of this matter as set for February, 15, 2012, shall be CONTINUED until further notice of the Court.

IT IS FURTHER ORDERED that matter is hereby STAYED sixty (60) days until Friday, March 23, 2012. Counsel shall submit a joint status report no later than Friday, March 23, 2012, as to whether or not this matter should be calendared for trial.

IT IS SO ORDERED.

Signed: January 23, 2012

Frank D. Whitney
United States District Judge