UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00105-W

| | |
|---|---|
| GOODRICH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court following the parties' submission of a Status Report (Doc. No. 59). This matter has been stayed since January 23, 2012, shortly after the Court issued a partial summary judgment ruling (Doc. No. 53). The parties have diligently submitted a status report every sixty (60) days indicating that they have been working together to narrow the remaining outstanding calculations and other possible trial issues. (Docs. Nos. 55, 56, 57, 58, 59). The most recent status report filing again requests another sixty days. Because this matter has been stayed approximately 260 days, the Court DENIES the parties' request for sixty additional days and instead will allow the parties thirty (30) calendar days from the date of this Order to complete their calculations and advise as to whether trial in this matter will be necessary. The Court will then assign this case a preemptory setting at the earliest setting possible.

    IT IS SO ORDERED.

    Signed: October 9, 2012

    Frank D. Whitney
    United States District Judge