# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GOODRICH CORPORATION, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Civil No.:  03:10-CV-00105 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

THIS MATTER is before the Court on the parties' Joint Stipulation and Motion for Entry of Judgment. In light of this Court's January 18, 2012 ruling on the parties' Motions for Partial Summary Judgment, the parties – while preserving their right to appeal the January 18, 2012 order – have stipulated to the amount of plaintiff's overpayment for 1997. Based on the January 18, 2012 Order and the Joint Stipulation and Motion for Entry of Judgment, it is hereby determined that:

Plaintiff overpaid its 1997 income tax and is entitled to a refund or credit by way of offset to other liability, if any, for taxes due to the Defendant in accordance with 26 U.S.C. § 6402 in the amount of $664,717, together with statutory interest thereon.

The United States' counterclaim filed on June 10, 2010, is dismissed with prejudice.

Plaintiff has preserved its right to appeal this Court's January 18, 2012 Order regarding the parties' Motions for Partial Summary Judgment.

The clerk is directed to enter final judgment in accordance with this Order.

IT IS SO ORDERED.

Signed: *February 21*, 2013

Frank D. Whitney
United States District Judge

Error! Unknown document property name.