IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GOODRICH CORPORATION, | ) |
| Plaintiff/Counter-Defendant, | ) Civil No.: 03:10-CV-00105 |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant/Counter-Plaintiff. | ) |

## JUDGMENT IN A CIVIL CASE

This action having come before the Court by motions and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order dated January 18, 2012, on motions for partial summary judgment and the Court's Order dated 2/21/13 on the Joint Motion for Entry of Judgment.

Plaintiff overpaid its 1997 income tax and is entitled to a refund or credit by way of offset to other liability, if any, for taxes due to the Defendant in the amount of $664,717, together with statutory interest thereon.

The United States' counterclaim filed on June 10, 2010, is dismissed with prejudice.

Signed: February 21, 2013

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court